UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**ANDREA DARWOOD and RANDOLPH DARWOOD,**

        **Plaintiffs,**

vs.                               **CIVIL NO. 5:07-CV-643 (GTS/DEP)**

**BETCO CORPORATION and BETCO CORPORATION, LTD.**

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This order is issued without prejudice to the right to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated.

**IT IS FURTHER ORDERED** that the Clerk shall forthwith serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated: September 23, 2008
       Syracuse, New York

                                          Hon. Glenn T. Suddaby
                                          U.S. District Judge